No. ——, Original. MISSISSIPPI *v.* LOUISIANA. A rule is ordered to issue returnable within forty days, requiring the defendant to show cause why leave to file the bill of complaint should not be granted. *J. P. Coleman,* Attorney General of Mississippi, and *G. H. Brandon* for complainant.

No. 397, Misc. ELLIOTT *v.* DOWD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 614. BANKERS LIFE & CASUALTY Co. *v.* HOLLAND, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, ET AL. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit is granted limited to question 1 presented by the petition for the writ, *i. e.:*

"1. Is mandamus an appropriate remedy to vacate the order of severance and transfer as an unwarranted renunciation of jurisdiction which would compel needless duplicity of trials and appeals to enforce the right to a single trial against all defendants in a proper forum?"

*Charles F. Short, Jr.* and *Miller Walton* for petitioner. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney General, and *Lamar W. Sizemore,* Assistant Attorney General, for respondents.